IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14cv239

| | |
|---|---|
| CARL E. MCADOO, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al., )<br>)<br>Defendants. )<br>_____ ) | ORDER |

Pending before the Court is the Motion to Seal [# 35]. The Government moves to file under seal three exhibits. Plaintiff consents to the filing of these exhibits under seal. Upon a review of the record, the motion, and the relevant legal authority, the Court **GRANTS** the motion [# 35]. Defense Exhibits D-1, D-2, and D-5 shall remain under seal with access restricted to the parties and their counsel until further Order of this Court.

Signed: May 27, 2015

_____
Dennis L. Howell
United States Magistrate Judge