IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14cv239

| | |
|---|---|
| CARL E. MCADOO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, et al., ) <br> ) <br> Defendants. ) | ORDER |

Pending before the Court are the Motion to Restrict Plaintiff's Submission of Exhibits [# 44], Amended Motion to Restrict Plaintiff's Submission of Exhibits [# 47], and Motion to Restrict Submission of Plaintiff's Exhibit [# 51]. Plaintiff, who is proceeding *pro se*, moves the Court to allow him to file under seal various medical records. The Government consents to the filing of documents under seal. Upon a review of the record, the motion, the Government's response, and the relevant legal authority, the Court **GRANTS** the motions [# 44, # 47, and # 51]. Plaintiff's exhibits shall remain under seal with access restricted to the parties and their counsel until further Order of this Court.

Signed: May 27, 2015

Dennis L. Howell
United States Magistrate Judge