# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14cv239

| | | |
|---|---|---|
| CARL E. MCADOO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pending before the Court is the Motion to Stay [# 75]. Plaintiff moves to stay a ruling on the Motion to Dismiss [# 73] pending completion of discovery. Upon a review of the record, the Court **DENIES** the motion [# 75].

Signed: March 6, 2017

Dennis L. Howell
United States Magistrate Judge